# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TIMOTHY LEROY FORTUNE, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:24-cv-00316 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| IDAHO HOUSING & FINANCE | § | |
| ASSOCIATION, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 22, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #50) that Defendants Idaho Housing & Finance Association and HomeLoanServ's Motion to Dismiss (Dkt. #35) be granted. On February 4, 2026, Plaintiffs Timothy and Ashley Fortune filed Objections (Dkt. #51) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #51) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Idaho Housing and Finance Association and HomeLoanServ's Motion to Dismiss (Dkt. #35) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiffs Timothy and Ashley Fortune's claims against Defendants Idaho Housing & Finance Association and HomeLoanServ are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 25th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE